

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-11-00370-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| LIZZETH AGUIRRE, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20110C00200) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order probating Appellee's fine balance. We therefore vacate the trial court's November 14, 2011 order probating Appellee's fine balance. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF NOVEMBER, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.